M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Timothy Lee, Dudley )
Full name and prison name of )
Plaintiff(s) W.C. Holman Correctional )
facility )
v. )    CIVIL ACTION NO. 1:07cv999-MHT
Houston County Sheriff )    (To be supplied by Clerk of U.S. District
Kevin Edwards )    Court)
Investigator Keith Cook )
Carla Speigner )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

2007 NOV -9 A 9: 57

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

          Plaintiff (s) _____

          _____

          Defendant(s) _____

          _____

      2.  Court (if federal court, name the district; if state court, name the county)

          _____

          _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  W.C. Holman Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Houston County Jail, Dothan, Alabama.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Keith Cook | courthouse: Houston County S.O |
| 2. | Kevin Ray Edwards | 108 Earline Rd. Dothan 36305 |
| 3. | Darla Speigner | 901 East main St. Dothan Al 36303 |
| 4. | Houston County Sheriff | ~~~~ oAts st & main 36301 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  9-24-05  Houston county Jail

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  I Did not Rape Him. There waz no Rape Kit And Then They Had me on The newz stating That I did in Fact Do Thiz to Another man, And Also in The newz Papers. The whole Investigation waz Done in A non Profesional way, Because if They would have went To The Hospital And had preformed A manditory Rape Kit we would not Be To Thiz Point. They Slandered my name And Defamed my character.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) Fact iz That Kevin Edwards Said I Raped him on 9-24-07 in The Houston county Jail in order to get him out. They charged me without A Tharough Investigation. And He did get out At my Expence with These Allegations.

GROUND TWO: The nurse Carla Speigner Did All of The examination on Kevin Edwards. But, she Did not Take him to The proper Hospital.

SUPPORTING FACTS: nurse Carla Spigner Haz Told me on Serveral Different occasions That she waz out to get me And used These false Accusations for her Benifit. Had She Took her Time, She would have Knew That hiz Superfiscal wounds were External wounds not Internal.

GROUND THREE: Investigator Keith Cook. On our Interview He Told me, I Did it And That, That's what you people from Fla Do To white Boyz Down There.

SUPPORTING FACTS: He (Keith Cook) went on To Tell me to keep my Peaker in my Pants And That He would see me Rot in Prison for Thiz. In That" He Had Already convicted me Before Trial. So I waz Guilty in Hiz mind Before He even Decided to conduct A Thourough Investigation.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. I want a suit filed on these parties for Defamation of Character and Slander. I know we can do this because I have done my share of reaserch. I Don't know the monies on such a suit but I want the max applied. I waz told 100 million iz max then that's what I want a 100 mill Civil Law suit on Houston county for slander & Defamation of character - mental Anguish

_Timothy Dudley Lee_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-12-07
(Date)

_Timothy Lee Dudley_
Signature of plaintiff(s)

Timothy Wadley- 240749-M-31
W.C. Holman Correctional Facility
Holman 3700 P.O. Box
Atmore Alabama 36503



United States District Court
P.O. Box 711
Montsomery, Alabama 36101-0711

(Legal)

3610170711-11 8007