AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__middle__ District of __Alabama__

Timothy Dudley
Plaintiff

V.

Houston County
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07CV999-mht

I, __Timothy Dudley, Lee__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __W.C. Holman Correctional Facility__

    Are you employed at the institution? __no__   Do you receive any payment from the institution? __no__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☑ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Perdue Farms, 8.75 hr Dothan, Alabama, $365 ea wk.__

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☑ No
    b. Rent payments, interest or dividends   ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
    d. Disability or workers compensation payments   ☐ Yes   ☑ No
    e. Gifts or inheritances   ☐ Yes   ☑ No
    f. Any other sources   ☑ Yes   ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I Recieve 20.00 A month, Sometimes 40.00 from my mother I have only Been to Holman 1 month. And Don't Have Any Funds here. But, I Do have Receipts from Kilby for Last 1 year I Am Sending All of Those. Because There Iz No way to get The Statement You need.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   N A

I declare under penalty of perjury that the above information is true and correct.

T.L.D 10-12-07 cwd
11-5-07
_____Date_____    _Timothy L. Dudley_
                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

_Clene Williams_
NOTARY PUBLIC   11/5/07

My Commission Expires July 17, 2008

Dear Sir/ms.

I Am Enclosing Thiz note Informing you That I have no way of getting my Bank Statements from my previous institution Because of a Transfer But, I Do have All of my Reciepts from Six months and Back if nessabary. So I am sending Those. I hope Thiz iz Suffiscient. Pleave Inform me on such matters of Legal Procedure cuz I have no Knowledge of civil Law. Also if There iz Anything wrong with The way I filled out The Rest of The forms contact me Here A Holman correctional facility
   P.O. Box 3700
   Atmore Al 36503
   Timothy L Dudley -240749- C1-2B
Before filing.

   Thankyou for your Time
   Timothy Dudley

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 KILBY CORRECTIONAL FACILITY
FEB. 12, 2007           INMATE DEPOSITS              RECEIPT#: 2007011666

RECEIVED OF: DUDLEY, TIMOTHY L.        AIS#: 240749    BED ID: F01012A
    $0.36    PREVIOUS BALANCE    DEPOSIT SENT BY:  JOE ANN WALKER
   $20.00    NET DEPOSIT         DEPOSIT DOCUMENT: US PO MONEY ORD
    $0.00    C.O.P. DEDUCTED     CASE#:    N/A        DOC.#: 92883166953
    $0.00                        CASE#:    N/A        MAIL LOG#: N/A

   $20.36    CURRENT BALANCE        POSTED BY: PMOD WILKINS3HARVEST
```

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 KILBY CORRECTIONAL FACILITY
MAR. 19, 2007           INMATE DEPOSITS              RECEIPT#: 2007014890

RECEIVED OF: DUDLEY, TIMOTHY L.        AIS#: 240749    BED ID: F12001A
    $0.26    PREVIOUS BALANCE    DEPOSIT SENT BY:  JOE ANN WALKER
   $25.00    NET DEPOSIT         DEPOSIT DOCUMENT: US PO MONEY ORD
    $0.00    C.O.P. DEDUCTED     CASE#:    N/A        DOC.#: 92883169798
    $0.00                        CASE#:    N/A        MAIL LOG#: N/A

   $25.26    CURRENT BALANCE        POSTED BY: PMOD WILKINS3HARVEST
```

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 KILBY CORRECTIONAL FACILITY
APR. 09, 2007           INMATE DEPOSITS              RECEIPT#: 2007016694

RECEIVED OF: DUDLEY, TIMOTHY L.        AIS#: 240749    BED ID: F12001A
   $25.26    PREVIOUS BALANCE    DEPOSIT SENT BY:  MS. JOE ANN WALKER
   $25.00    NET DEPOSIT         DEPOSIT DOCUMENT: US PO MONEY ORD
    $0.00    C.O.P. DEDUCTED     CASE#:    N/A        DOC.#: 92883172691
    $0.00                        CASE#:    N/A        MAIL LOG#: N/A

   $50.26    CURRENT BALANCE        POSTED BY: PMOD WILKINS3HARVEST
```

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 KILBY CORRECTIONAL FACILITY
JUN. 13, 2007         INMATE DEPOSITS         RECEIPT#: 2007022277

RECEIVED OF: DUDLEY, TIMOTHY L.      AIS#: 240749      BED ID: D18001A
    $0.11    PREVIOUS BALANCE    DEPOSIT SENT BY:  JOE ANN WALKER
   $40.00    NET DEPOSIT         DEPOSIT DOCUMENT: US PO MONEY ORD
    $0.00    C.O.P. DEDUCTED     CASE#:    N/A      DOC.#: 92883954756
    $0.00                        CASE#:    N/A      MAIL LOG#: N/A

   $40.11    CURRENT BALANCE     POSTED BY: PMOD WILKINS3HARVEST
```

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 KILBY CORRECTIONAL FACILITY
JUL. 06, 2007         INMATE DEPOSITS         RECEIPT#: 2007024165

RECEIVED OF: DUDLEY, TIMOTHY L.      AIS#: 240749      BED ID: D18001A
    $0.00    PREVIOUS BALANCE    DEPOSIT SENT BY:  JOE ANN WALKER
   $20.00    NET DEPOSIT         DEPOSIT DOCUMENT: US PO MONEY ORD
    $0.00    C.O.P. DEDUCTED     CASE#:    N/A      DOC.#: 92883957298
    $0.00                        CASE#:    N/A      MAIL LOG#: N/A

   $20.00    CURRENT BALANCE     POSTED BY: PMOD WILKINS3HARVEST
```

```
                           1
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 KILBY CORRECTIONAL FACILITY
AUG. 10, 2007         INMATE DEPOSITS         RECEIPT#: 2007027177

RECEIVED OF: DUDLEY, TIMOTHY L.      AIS#: 240749      BED ID: D18001A
    $0.38    PREVIOUS BALANCE    DEPOSIT SENT BY:  JO ANN WALKER
   $20.00    NET DEPOSIT         DEPOSIT DOCUMENT: US PO MONEY ORD
    $0.00    C.O.P. DEDUCTED     CASE#:    N/A      DOC.#: 92883962237
    $0.00                        CASE#:    N/A      MAIL LOG#: N/A

   $20.38    CURRENT BALANCE     POSTED BY: MARK BODEN
```

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                     KILBY CORRECTIONAL FACILITY
EP. 12, 2007            INMATE DEPOSITS              RECEIPT#: 2007029748

ECEIVED OF: DUDLEY, TIMOTHY L.       AIS#: 240749      BED ID: D18001A
   $0.36    PREVIOUS BALANCE    DEPOSIT SENT BY:  JOE ANN WALKER
   $20.00   NET DEPOSIT         DEPOSIT DOCUMENT: US PO MONEY ORD
   $0.00    C.O.P. DEDUCTED     CASE#:   N/A       DOC.#: 92970782820
   $0.00                        CASE#:   N/A       MAIL LOG#: N/A

   $20.36   CURRENT BALANCE     POSTED BY: PMOD WILKINS3HARVEST
```