```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004418
Cashier ID: khaynes
Transaction Date: 03/24/2008
Payer Name: HOLMAN CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: TIMOTHY DUDLEY
 Case/Party: D-ALM-1-07-CV-000999-001
 Amount:         $33.00
-----------------------------------
CHECK
 Check/Money Order Num: 232002
 Amt Tendered:  $33.00
-----------------------------------
Total Due:      $33.00
Total Tendered: $33.00
Change Amt:     $0.00
```