```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005165
Cashier ID: christin
Transaction Date: 05/20/2008
Payer Name: HOLMAN CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: TIMOTHY LEE DUDLEY
 Case/Party: D-ALM-1-07-CV-000999-001
 Amount:         $3.00
-----------------------------------
CHECK
 Remitter: HOLMAN
 Check/Money Order Num: 23297
 Amt Tendered:  $3.00
-----------------------------------
Total Due:      $3.00
Total Tendered: $3.00
Change Amt:     $0.00
```