```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005649
Cashier ID: christin
Transaction Date: 06/30/2008
Payer Name: HOLMAN CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
  For: TIMOTHY LEE DUDLEY
  Case/Party: D-ALM-1-07-CV-000999-001
  Amount:         $3.00
-----------------------------------
CHECK
  Remitter: HOLMAN FACILITY
  Check/Money Order Num: 23371
  Amt Tendered:  $3.00
-----------------------------------
Total Due:       $3.00
Total Tendered:  $3.00
Change Amt:      $0.00
```