```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006236
Cashier ID: brobinso
Transaction Date: 08/27/2008
Payer Name: HOLMAN CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: TIMOTHY DUDLEY
 Case/Party: D-ALM-1-07-CV-000999-001
 Amount:         $3.00
------------------------------------
CHECK
 Check/Money Order Num: 23498
 Amt Tendered: $3.00
------------------------------------
Total Due:      $3.00
Total Tendered: $3.00
Change Amt:     $0.00
```